DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
DONALD BENNETT,                      :
                                     :
                                     :  07 Civ. 7002 (PKC)(THK)
                   Plaintiff,        :
                                     :     (Pro Se)
          -against-                  :
                                     :  Scheduling Order
                                     :
Dr. Bailey, P.A. Rose Dickerson, and :
Westchester County Correction Health :
Services Inc.                        :
                                     :
                   Defendants.       :
                                     :
-------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case has been referred to this Court for general pretrial supervision. Having held an initial conference with the parties, it is hereby ORDERED:

1. All pre-trial discovery shall be completed by June 16, 2008.

2. The parties shall seek a pre-motion conference with Judge Castel by June 30, 2008.

3. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted

COPIES MAILED
TO COUNSEL OF RECORD ON  3/24/08

within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

Plaintiff is reminded that he is obligated to keep the Court informed of his current mailing address.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2008
       New York, New York

Copies Sent to:

Donald Bennett
c/o Elywinn Hutter
90 Maple Place 2nd floor
White Plains, NY 10601

Fay Angela Jones
Westchester County Attorney
600 Michaelian Office Building
148 Martine Avenue
White Plains, NY 10522