**Westchester** gov.com

**MEMO ENDORSED**



Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

VIA FACSIMILE (212) 805-7932

June 13, 2008

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
United States Courthouse
New York, New York 10007-1312

Re: <u>Donald Mack Bennett v. Dr. Bailey, P.A. Rose Dickerson and Westchester County Correction Health Services Inc.</u>
07 Civ. 7002 (PKC) (THK)

Dear Magistrate Katz:

I am writing to respectfully request that the deadline for discovery in the instant case be extended for an additional thirty days.

During the last telephone conference held with this Court, Plaintiff indicated that the basis for his complaint was inadequate medical treatment, and improper substitutions of prescribed medications. Currently, the director of medical services at the correctional facility is reviewing Plaintiff's medical records and treatment to determine if the matter can be addressed and resolved to Plaintiff's satisfaction internally.

As such, I am requesting that the Court extend the discovery deadline until July 16, 2008, in order to complete the review and if necessary, continue and complete discovery. Thank you for your consideration in this matter.

Very truly yours,

Fay Angela Jones
Sr. Assistant County Attorney

To:  Donald Mack Bennett
     Plaintiff Pro Se
     C/O Elywinn Hutter
     90 Maple Place 2nd floor
     White Plains, New York 10601

*The discovery deadline is extended to July 16, 2008.*

6/16/08 **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601   Telephone: (914)995-2660   Website: westchestergov.com

COPIES MAILED
TO COUNSEL OF RECORD ON 6/16/08

TOTAL P.02