

**MEMO ENDORSED**

**RECEIVED JUL - 8 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

VIA FACSIMILE (212) 805-7932

July 8, 2008

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
United States Courthouse
New York, New York 10007-1312

Re: Donald Mack Bennett v. Dr. Bailey, P.A. Rose Dickerson and Westchester County Correction Health Services Inc.
07 Civ. 7002 (PKC) (THK)

Dear Magistrate Katz:

In correspondence dated June 16th 2008, plaintiff Donald Mack Bennett requested that the discovery deadline in the action referenced above, currently set for July 16, 2008 be extended to August 4, 2008, the date of his anticipated release from jail.

The County defendants proffer no opposition to plaintiff's application and await the Court's decision. However, in order to establish a realistic deadline for the completion of discovery, this office requests that the deadline be extended to August 25, 2008, to allow plaintiff time to complete discovery upon his release.

As a result, I am respectfully requesting that the Court extend the discovery deadline until August 25, 2008. Thank you for your consideration in this matter. If you have any questions or need any additional information, please call me at (914) 995-2672.

Very truly yours,

Fay Angela Jones
Sr. Assistant County Attorney

To: Donald Mack Bennett
Plaintiff, Pro Se (Via Overnight Mail)
C/O Elywinn Hutter
90 Maple Place 2nd floor
White Plains, New York 10601

*The discovery deadline is extended to August 25, 2008.*

7/14/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601      Telephone: (914)995-2660    Website: westchestergov.com

COPIES MAILED
TO COUNSEL OF RECORD ON  7/14/08

TOTAL P.02